United States District Court
Southern District of Texas

**ENTERED**

August 28, 2024

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERRY MONSKY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-01940 |
| | § | |
| DIRECT DIGITAL HOLDINGS, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER CONSOLIDATING ACTIONS, APPOINTING LEAD PLAINTIFF AND
APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL**

Having considered the Motion of Donald W. Hutchings (Individually and as Trustee of the
Brady Adam Hutchings Irrevocable Trust U/A DTD 12/18/2012, the Donald W. Hutchings Living
Trust U/A DTD 09/19/1994, the Donald W. Hutchings Principal Residence Trust U/A DTD
09/19/1994, the Hutchings Community Property Trust U/A DTD 05/20/2015, the Jay Whitney
Hutchings Irrevocable Trust, Grantors Donald W. Hutchings and Pamela Paul Hutchings, dated
December 18, 2012, and the Pamela Paul Hutchings Principal Residence Trust U/A DTD
09/19/1994)) (collectively, "Hutchings") for Consolidation of Related Actions, Appointment as
Lead Plaintiff, and Approval of Counsel (Dkt. No. 16) and good cause appearing therefor, the
Court grants Hutchings' motions, denies all others and ORDERS the following:

1. The above-captioned actions are consolidated;

2. All securities class actions arising out of the same facts and claims on behalf of purchasers
   of Direct Digital Holdings, Inc. securities subsequently filed in, or transferred to, this
   District shall be consolidated into this action. The parties shall notify the Court of any other

such related action within a reasonable time of becoming aware of such related action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

3. Hutchings is appointed as Lead Plaintiff for the putative class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

4. Mr. Hutchings' selection of Johnson Fistel, LLP as Lead Counsel and Sponsel Miller Greenberg PLLC as Local Counsel is hereby approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).

It is so ORDERED.

SIGNED on August 27, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

2 / 2